**DISMISS; and Opinion Filed June 4, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-12-01630-CV**

_____

**CLIFTON ALLEN AND ALL OCCUPANTS OF**
**1814 BICKERS STREET, DALLAS, TEXAS 75212, Appellants**
**V.**
**BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS**
**SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04878-B**

### MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

Before the Court is appellee's May 20, 2013 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for failure to prosecute. Appellants did not file a response to appellee's motion.

By postcard notice dated March 8, 2013, the Court informed appellants that their brief was past due. We instructed appellants to file their brief along with an extension motion within ten days. We cautioned appellants that failure to file a brief and extension motion within the time specified would result in dismissal of the appeal. As of today's date, appellants have not filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(b) & (c).

We deny appellee's request for sanctions.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

121630F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLIFTON ALLEN AND ALL
OCCUPANTS OF 1814 BICKERS
STREET, DALLAS, TEXAS 75212,
Appellants

No. 05-12-01630-CV     V.

BANK OF AMERICA, N.A. AS
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP, F/K/A
COUNTRYWIDE HOME LOANS
SERVICING, LP, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas.
Trial Court Cause No. CC-12-04878-B.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, recover its costs of this appeal from appellants, CLIFTON ALLEN AND ALL OCCUPANTS OF 1814 BICKERS STREET, DALLAS, TEXAS 75212.

Judgment entered this 4th day of June, 2013.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

–3–